IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MERCEDES BASILIO, ON BEHALF OF    :        CIVIL ACTION
HERSELF AND HER MINOR CHILDREN   :        NO. 10-cv-1281
B.M. AND M.M., AND DOLORES          :
ADELAIDA BASILIO PERALTA,       :
                                  :
        v.                 :
                                  :
CITY OF PHILADELPHIA, et al.      :

## ORDER

AND NOW this 10th day of September, 2013, upon consideration of defendant City of

Philadelphia's motion for summary judgment (Dkt. No. 39), and plaintiffs' response thereto

(Dkt. No. 44), it is ORDERED that the motion is GRANTED and JUDGMENT is entered in

favor of the City of Philadelphia and against plaintiff Mercedes Basilio on Count III of the

Amended Complaint.

                                    *s/Thomas N. O'Neill, Jr.*
                                 THOMAS N. O'NEILL, JR., J.