IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MERCEDES BASILIO, ON BEHALF OF HERSELF AND HER MINOR CHILDREN B.M. AND M.M., AND DOLORES ADELAIDA BASILIO PERALTA, | : : : : : | CIVIL ACTION NO. 10-cv-1281 |
| v. | : : | |
| CITY OF PHILADELPHIA, et al. | : | |

# **ORDER**

AND NOW this 10th day of September, 2013, upon consideration of defendant City of Philadelphia's motion for summary judgment (Dkt. No. 39), and plaintiffs' response thereto (Dkt. No. 44), it is ORDERED that the motion is GRANTED and JUDGMENT is entered in favor of the City of Philadelphia and against plaintiff Mercedes Basilio on Count III of the Amended Complaint.

                                                  *s/Thomas N. O'Neill, Jr.*
                                              THOMAS N. O'NEILL, JR., J.