IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MERCEDES BASILIO, et al. : CIVIL ACTION

vs. : No.: 2:10-CV-01281-RB

CITY OF PHILADELPHIA, et al. :

## PLAINTIFFS' PROPOSED JURY VERDICT SLIP

Plaintiffs Mercedes Basilio and Dolores Adelaida Basilio Peralta, by and through their undersigned counsel, hereby submit the following proposed verdict slip in accordance with the Court's pretrial procedure and Local Civil Rule 16.1(d)(4).

1. Do you find that each of the defendants were acting under color of state law?

    Yes __X__    No _____

(The Judge instructed you that there is no issue for you to decide. Please proceed to **question 2**).

2. Do you find that Plaintiffs have proven, by a preponderance of the evidence, that any of the following defendant officers used unreasonable or excessive force on Mercedes Basilio in violation of the Fourth Amendment?

    1. Steven Dmytryk    Yes _____    No _____
    2. Mark Palma        Yes _____    No _____
    3. Jaime Brown       Yes _____    No _____
    4. George Burgess    Yes _____    No _____
    5. Jeffrey Cujdik    Yes _____    No _____
    6. Thomas Tolstoy    Yes _____    No _____
    7. Hattie McKellar   Yes _____    No _____
    8. Mario Cruz        Yes _____    No _____
    9. Richard Cujdik    Yes _____    No _____
    10. Thomas Kuhn      Yes _____    No _____

(If your answer is "yes" as to any defendant, please proceed to **Question 3**. If you answered "no" as to all of the defendants, please proceed to **Question 4**.)

3. Do you find that Plaintiffs have proven, by a preponderance of the evidence that the conduct of any defendant who you have already determined in Question 2 to have used unreasonable or excessive force on Mercedes Basilio was the factual cause of any injuries Ms. Basilio claims to have suffered?

    1. Steven Dmytryk    Yes _____    No _____
    2. Mark Palma    Yes _____    No _____
    3. Jaime Brown    Yes _____    No _____
    4. George Burgess    Yes _____    No _____
    5. Jeffrey Cujdik    Yes _____    No _____
    6. Thomas Tolstoy    Yes _____    No _____
    7. Hattie McKellar    Yes _____    No _____
    8. Mario Cruz    Yes _____    No _____
    9. Richard Cujdik    Yes _____    No _____
    10. Thomas Kuhn    Yes _____    No _____

(Regardless of your response to this question, please proceed to **Question 4**).

4. Do you find that Plaintiffs have proven, by a preponderance of the evidence, that any of the following defendant officers used unreasonable or excessive force on Dolores Adelaida Basilio Peralta in violation of the Fourth Amendment?

    1. Thomas Kuhn    Yes _____    No _____
    2. Hattie McKellar    Yes _____    No _____

(If your answer is "yes" as to any defendant, please proceed to **Question 5**. If you answered "no" as to all of the defendants, please proceed to **Question 6**.)

5. Do you find that Plaintiffs have proven, by a preponderance of the evidence that the conduct of any defendant who you have already determined in Question 4 to have used unreasonable or excessive force on Dolores Adelaida Basilio Peralta was the factual cause of any injuries Ms. Peralta claims to have suffered?

    1. Thomas Kuhn    Yes _____    No _____
    2. Hattie McKellar    Yes _____    No _____

(Regardless of your answer, please proceed to **Question 6**.)

6. Do you find that Plaintiffs have proven, by a preponderance of the evidence that the conduct of any of the following defendant officers violated Dolores Adelaida Basilio Peralta's right to bodily integrity in violation of the Fourteenth Amendment?

    1. Thomas Kuhn    Yes _____    No _____

(If your answer is "yes," please proceed to **Question 7**. If you answered "no," please proceed to **Question 8**.)

7. Do you find that Plaintiffs have proven, by a preponderance of the evidence that Officer Kuhn's violation of Dolores Adelaida Basilio Peralta's right to bodily integrity was a factual cause of physical or emotional harm to Ms. Peralta?

Yes_____   No_____

(Regardless of your answer, please proceed to **Question 8**.)

8. Do you find that Plaintiffs have proven, by a preponderance of the evidence, that any of the following defendant officers unreasonably or excessively executed a search warrant in violation of the Fourth Amendment?

   1. Steven Dmytryk     Yes_____   No_____
   2. Mark Palma         Yes_____   No_____
   3. Jaime Brown        Yes_____   No_____
   4. George Burgess     Yes_____   No_____
   5. Jeffrey Cujdik     Yes_____   No_____
   6. Thomas Tolstoy     Yes_____   No_____
   7. Hattie McKellar    Yes_____   No_____
   8. Mario Cruz         Yes_____   No_____
   9. Richard Cujdik     Yes_____   No_____
   10. Thomas Kuhn       Yes_____   No_____

(If your answer is "yes" as to any defendant, please proceed to **Question 9**. If you answered "no" as to all of the defendants, please proceed to **Question 10**.)

9. Do you find that Plaintiffs have proven, by a preponderance of the evidence that the conduct of any defendant who you have already determined in Question 8 to have unreasonably or excessively executed a search warrant was the factual cause of the destruction of any of the property damage as claimed by Mercedes Basilio?

   1. Steven Dmytryk     Yes_____   No_____
   2. Mark Palma         Yes_____   No_____
   3. Jaime Brown        Yes_____   No_____
   4. George Burgess     Yes_____   No_____
   5. Jeffrey Cujdik     Yes_____   No_____
   6. Thomas Tolstoy     Yes_____   No_____
   7. Hattie McKellar    Yes_____   No_____
   8. Mario Cruz         Yes_____   No_____
   9. Richard Cujdik     Yes_____   No_____
   10. Thomas Kuhn       Yes_____   No_____

(Regardless of your answer, please proceed to **Question 10**.)

10. Do you find that Plaintiffs have proven, by a preponderance of the evidence, that any of the following defendant officers intended to inflict emotional distress on Mercedes Basilio?

    1. Steven Dmytryk    Yes _____    No _____
    2. Mark Palma        Yes _____    No _____
    3. Jaime Brown       Yes _____    No _____
    4. George Burgess    Yes _____    No _____
    5. Jeffrey Cujdik    Yes _____    No _____
    6. Thomas Tolstoy    Yes _____    No _____
    7. Hattie McKellar   Yes _____    No _____
    8. Mario Cruz        Yes _____    No _____
    9. Richard Cujdik    Yes _____    No _____
    10. Thomas Kuhn      Yes _____    No _____

(If your answer is "yes" as to any defendant, please proceed to **Question 11**. If you answered "no" as to all of the defendants, please proceed to **Question 12**.)

11. Do you find that Plaintiffs have proven, by a preponderance of the evidence that the conduct of any defendant who you have already determined in Question 10 to have intentionally inflicted emotional distress on Mercedes Basilio was the factual cause of harm to Ms. Basilio?

    1. Steven Dmytryk    Yes _____    No _____
    2. Mark Palma        Yes _____    No _____
    3. Jaime Brown       Yes _____    No _____
    4. George Burgess    Yes _____    No _____
    5. Jeffrey Cujdik    Yes _____    No _____
    6. Thomas Tolstoy    Yes _____    No _____
    7. Hattie McKellar   Yes _____    No _____
    8. Mario Cruz        Yes _____    No _____
    9. Richard Cujdik    Yes _____    No _____
    10. Thomas Kuhn      Yes _____    No _____

(Regardless of your answer, please proceed to **Question 12**.)

12. Do you find that Plaintiffs have proven, by a preponderance of the evidence, that any of the following defendant officers intended to inflict emotional distress on Dolores Adelaida Basilio Peralta?

    1. Steven Dmytryk    Yes _____    No _____
    2. Mark Palma        Yes _____    No _____
    3. Jaime Brown       Yes _____    No _____

|    |                  | Yes | No |
|----|------------------|-----|-----|
| 4. | George Burgess   | ___ | ___ |
| 5. | Jeffrey Cujdik   | ___ | ___ |
| 6. | Thomas Tolstoy   | ___ | ___ |
| 7. | Hattie McKellar  | ___ | ___ |
| 8. | Mario Cruz       | ___ | ___ |
| 9. | Richard Cujdik   | ___ | ___ |
| 10.| Thomas Kuhn      | ___ | ___ |

(If your answer is "yes" as to any defendant, please proceed to **Question 11**. If you answered "no" as to all of the defendants, please proceed to **Question 12**.)

13. Do you find that Plaintiffs have proven, by a preponderance of the evidence that the conduct of any defendant who you have already determined in Question 10 to have intentionally inflicted emotional distress on Dolores Adelaida Basilio Peralta was the factual cause of harm to Ms. Peralta?

|    |                  | Yes | No |
|----|------------------|-----|-----|
| 1. | Steven Dmytryk   | ___ | ___ |
| 2. | Mark Palma       | ___ | ___ |
| 3. | Jaime Brown      | ___ | ___ |
| 4. | George Burgess   | ___ | ___ |
| 5. | Jeffrey Cujdik   | ___ | ___ |
| 6. | Thomas Tolstoy   | ___ | ___ |
| 7. | Hattie McKellar  | ___ | ___ |
| 8. | Mario Cruz       | ___ | ___ |
| 9. | Richard Cujdik   | ___ | ___ |
| 10.| Thomas Kuhn      | ___ | ___ |

(If you answered "yes" as to any defendant in **Questions 3, 9 and/or 11**, please proceed to **Question 14**. If your answer was "no" as to all of the defendants in **Questions, 3, 9 and 11**, but your answer was "yes" as to any defendant in **Questions 5, 7 and/or 13**, please proceed to **Question 15**. If you answered "no" as to every defendant in Questions 3, 5, 7, 9, 11 and 13, you have reached a verdict and you should **return to the courtroom**.)

14. State the amount of damages Mercedes Basilio incurred for which the defendants are responsible.

Compensatory Damages: $_____

Punitive Damages:

| 1. | Steven Dmytryk  | $_____ |
|----|-----------------|-------------|
| 2. | Mark Palma      | $_____ |
| 3. | Jaime Brown     | $_____ |
| 4. | George Burgess  | $_____ |
| 5. | Jeffrey Cujdik  | $_____ |

5

|    |                   |    |
|----|-------------------|----|
| 6. | Thomas Tolstoy    | $__ |
| 7. | Hattie McKellar   | $__ |
| 8. | Mario Cruz        | $__ |
| 9. | Richard Cujdik    | $__ |
| 10.| Thomas Kuhn       | $__ |

(If you answered "yes" as to any defendant in **Questions 5, 7 and/or 13**, please proceed to **Question 15**. If you answered "no" as to every defendant in Questions 5, 7 and 13, you have reached a verdict and you should **return to the courtroom**.)

15. State the amount of damages Dolores Adelaida Basilio Peralta incurred for which the defendants are responsible.

        Compensatory Damages:    $_____

        Punitive Damages:

|    |                   |    |
|----|-------------------|----|
| 1. | Steven Dmytryk    | $__ |
| 2. | Mark Palma        | $__ |
| 3. | Jaime Brown       | $__ |
| 4. | George Burgess    | $__ |
| 5. | Jeffrey Cujdik    | $__ |
| 6. | Thomas Tolstoy    | $__ |
| 7. | Hattie McKellar   | $__ |
| 8. | Mario Cruz        | $__ |
| 9. | Richard Cujdik    | $__ |
| 10.| Thomas Kuhn       | $__ |

(Once you have filled in the blank, you have reached your verdict. **Please return to the courtroom**.)

Respectfully submitted:

**HAINES & ASSOCIATES**

    */s/ Clifford E. Haines*
CLIFFORD E. HAINES
LAUREN A. WARNER
1835 Market Street
Suite 2420
Philadelphia, PA 19103
(T)(215) 246-2200
(F)(215) 246-2211
*Attorneys for Plaintiffs*

Dated: October 16, 2013

# CERTIFICATE OF SERVICE

I, Lauren A. Warner, Esquire hereby certify that the foregoing *Plaintiffs' Proposed Jury Verdict Slip* has been filed electronically on this 16th day of October, 2013. It is available for reviewing and downloading from the ECF System, and will be served electronically on all counsel.

> Jeffrey M. Scott, Esquire
> Kerri E. Chewning, Esquire
> Archer & Greiner
> One Liberty Place, 32nd Floor
> Philadelphia, PA 19103-7393
> Phone: 215-963-3300
> Email: jscott@archerlaw.com
> *Attorney for Defendants Steven Dmytryk,*
> *Mark Palma, Jaime Brown, George Burgess,*
> *Jeffrey Cujdik, Thomas Tolstoy, Hattie McKeller,*
> *Mario Cruz, Richard Cujdik and Thomas Kuhn*

> /s/ Lauren A. Warner
> LAUREN A. WARNER